IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DUARTIE BLAMO DAVIES       :       CIVIL ACTION
                              :
          v.                   :
JOHN ASHCROFT, ATTORNEY GENERAL   :       NO. 02-4459

ORDER

AND NOW, this          day of July, 2002, it appearing that petitioner has filed a petition for Habeas Corpus under 28 U.S.C. §2241, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner has not requested leave to proceed in forma pauperis using the complete form, and has only furnished his certification of prison assets without any other information, it is hereby

ORDERED that the Clerk shall promptly furnish petitioner with the in forma pauperis form, and petitioner shall ***either*** complete and return it to the Clerk of Court within thirty (30) days, ***or*** in the alternative, tender the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action will be dismissed.

_____
STEWART DALZELL, J.