```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DUARTE BLAMO DAVIES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ATTORNEY GENERAL | : | NO. 02-4459 |

<u>ORDER</u>

AND NOW, this 5th day of August, 2002, upon consideration of petitioner Duarte Blamo Davies' application to proceed <u>in forma pauperis</u>, and the Court finding that petitioner is unable to pay costs or fees or give security therefor, it is hereby ORDERED that petitioner's application to proceed <u>in forma pauperis</u> is GRANTED and petitioner may proceed without prepayment of fees or costs.

BY THE COURT:

_____
Stewart Dalzell, J.