```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DUARTE BLAMO DAVIES            :    CIVIL ACTION
                               :
         v.                    :
                               :
JOHN ASHCROFT, ATTORNEY GENERAL :   NO. 02-4459

ORDER

AND NOW, this 5th day of August, 2002, upon consideration of the habeas petition of Duarte Blamo Davies pursuant to 28 U.S.C. § 2241, and the Court finding that:

(a) Davies filed the habeas petition in the United States District Court for the Middle District of Pennsylvania on April 16, 2002, and on April 18, 2002 Judge Caputo transferred the petition to the Eastern District of Pennsylvania where it was filed on July 5, 2002; and

(b) Davies has now filed an application to proceed in forma pauperis, which we have granted this day, and a "Supplement" to his habeas petition;

It is hereby ORDERED that:

1. The Clerk shall SEND the habeas petition and "Supplement" to the habeas petition to the Government; and

2. The Government shall RESPOND to the habeas petition (including any arguments raided in the "Supplement") by September 20, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.