IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Duarte Blamo Davies | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 02-4459 |
| | : | |
| v. | : | |
| | : | |
| John Ashcroft, Attorney General | : | |
| | : | |
| Respondent. | : | |

ENTRY OF APPEARANCE

      Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.

                                                                     SUSAN R. BECKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215)861-8310
Fax: (215)861-8642

Dated: August 13, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

          Duartie Blamo Davies
          A73 034 544
          Berks County Prison
          1287 County Welfare Road
          Leesport, PA 19533

          Pro se

          _____
          SUSAN R. BECKER
          Assistant United States Attorney

Dated: August 13, 2002