```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DUARTE BLAMO DAVIES             :     CIVIL ACTION
                                :
        v.                      :
                                :
JOHN ASHCROFT, ATTORNEY GENERAL :     NO. 02-4459

<u>ORDER</u>

AND NOW, this 14th day of August, 2002, upon consideration of the Motion for Appointment of Counsel Under the Criminal Justice Act of § 2441 petitioner Duarte Blamo Davies, the Court having already made a finding that Davies is indigent and granted his application for leave to proceed <u>in forma pauperis</u>, it is hereby ORDERED that:

1. The motion for appointment of counsel (Doc. No. 6) is GRANTED;

2. Pursuant to 18 U.S.C. § 3006A, the Defender Association, Federal Division, is APPOINTED to represent Davies in his petition for a writ of habeas corpus under 28 U.S.C. § 2241;

3. Davies is granted LEAVE to file an amended habeas petition through counsel by September 16, 2002; and

4. The Government shall not respond to Davies' petition by September 20, 2002, as required by our August 5, 2002 Order, as Paragraph 2 of our August 5th Order is AMENDED to read that "The Government shall RESPOND to the amended habeas petition by October 11, 2002."

BY THE COURT:

_____
Stewart Dalzell, J.