```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DUARTE BLAMO DAVIES           :    CIVIL ACTION
                              :
        v.                    :
                              :
JOHN ASHCROFT, ATTORNEY GENERAL :  NO. 02-4459

ORDER

AND NOW, this 12th day of September, 2002, upon consideration of the epistolary request of newly-appointed petitioner's counsel for an enlargement of time to file an amended habeas petition, and the Government being reported as not objecting to that request, it is hereby ORDERED that ¶¶ 3 and 4 of this Court's Order of August 14, 2002 are AMENDED to provide that:

1. Petitioner may file an amended habeas petition through counsel by November 20, 2002; and

2. The Government shall respond to the amended habeas petition by December 16, 2002.

BY THE COURT:

_____
Stewart Dalzell, J.