IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUARTE BLAMO DAVIES : | |
| Petitioner, : | CIVIL ACTION NO. 02-4459 |
| v. : | |
| JOHN ASHCROFT, UNITED STATES : ATTORNEY GENERAL, ET AL. : | |
| Respondents. : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Respondents in the above-captioned matter.

_____
Susan R. Becker
Assistant United States Attorney

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Respondents in the above-captioned matter.

_____
Sonya Fair Lawrence
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 861-8921
Fax: (215) 861-8349
PA I.D. No. 81891

Dated: September 23, 2002

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

>Duarte Blamo Davies
>A73 034 544
>Berks County Prison
>1287 County Welfare Road
>Leesport, PA 19533
>
>Pro se

                                        Sonya Fair Lawrence
                                        Assistant United States Attorney

Dated: September 23, 2002