```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DUARTE BLAMO DAVIES             :    CIVIL ACTION
                                :
        v.                      :
                                :
JOHN ASHCROFT, ATTORNEY GENERAL :    NO. 02-4459

<u>ORDER</u>

AND NOW, this 21st day of November, 2002, upon consideration of the letter of petitioner Duarte Blamo Davies through his counsel, the Federal Defender Association of Philadelphia, requesting an extension of time for the petitioner to file an amended habeas petition, it is hereby ORDERED that the request is granted in part, and petitioner shall FILE an amended habeas petition by January 15, 2003, and it is further ORDERED that the Government shall FILE a response thereto by February 28, 2003.

                              BY THE COURT:


                              _____
                              Stewart Dalzell, J.